**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERATION FOR AMERICAN ) <br> IMMIGRATION REFORM, ) <br> 25 Massachusetts Ave, NW Suite 330 ) <br> Washington, DC 20001 ) <br>　　　　　　　　　　　　　　　　) <br>　　　　　　　Plaintiff, ) <br>　　　　　　　　　　　　　　　　) <br> v. ) <br>　　　　　　　　　　　　　　　　) <br> U.S. CITIZENSHIP AND ) <br> IMMIGRATION SERVICES, ) <br> 20 Massachusetts Ave., NW ) <br> Washington D.C., 20001, ) <br>　　　　　　　　　　　　　　　　) <br>　　　　　　　and ) <br>　　　　　　　　　　　　　　　　) <br> U.S. DEPARTMENT OF STATE ) <br> 2201 C Street, NW ) <br> Washington, DC 20520 ) <br>　　　　　　　Defendants. ) <br>_____) | Civil Action No. |

**COMPLAINT**

Plaintiff Federation for American Immigration Reform ("FAIR") brings this action against Defendant U.S. Citizenship and Immigration Services ("USCIS") and U.S. Department of State ("DOS") to compel compliance with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Plaintiff alleges the following grounds:

**JURISDICTION AND VENUE**

1.　　The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

## PARTIES

3. Plaintiff FAIR ("Plaintiff") is a non-profit, educational foundation organized under the laws of the District of Columbia and having its principal place of business at 25 Massachusetts Ave, NW, Suite 330, Washington, DC 20001. Plaintiff seeks to educate the citizenry and increase public awareness of immigration issues and hold the nation's leaders accountable for enforcing the nation's immigration laws. In furtherance of its public interest mission, Plaintiff regularly requests access to the public records of federal agencies, entities, and offices, and disseminates its findings to the public.

4. Defendant USCIS is an agency of the U.S. Government and is headquartered at 20 Massachusetts Ave, NW, Washington DC. Defendant DOS is also an agency of the U.S. Government and is headquartered at 2201 C Street, NW, Washington, DC. USCIS and DOS have possession, custody, and control of certain public records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5. On December 14, 2015, Plaintiff submitted a FOIA request to USCIS ("USCIS FOIA request"), by email, seeking access to the following public records:

> 1. Any and all records of communications, including but not limited to emails, between USCIS staff and White House staff from FY2014 to the present regarding the resettlement and/or possible resettlement of refugees from Syria.
>
> 2. Any and all original records between FY2014 and the present showing both the number and percentage of successful refugee-applicants from Syria that have received such status based on the five admissions categories found in INA 101(a)(42).
>
> 3. Any and all original records showing in which states and locales of those refugees listed in item 2 (excluding their personal information, such as name) have been resettled.

      4. Any and all original records explaining the reasons for every waiver granted to Syrian refugee applicants otherwise unable to meet the definition of a refugee.

6. On December 14, 2015, Plaintiff submitted a FOIA request to DOS ("DOS FOIA request"), by email, seeking access to the following public records:

      1. Any and all records of communications, including but not limited to emails, between DOS staff and White House staff from FY2014 to the present regarding the resettlement and/or possible resettlement of refugees from Syria.

      2. Any and all original records between FY2014 and the present showing both the number and percentage of successful refugee-applicants from Syria that have received such status based on the five admissions categories found in INA 101(a)(42).

      3. Any and all original records showing in which states and locales of those refugees listed in item 2 (excluding their personal information, such as name) have been resettled.

      4. Any and all original records explaining the reasons for every waiver granted to Syrian refugee applicants otherwise unable to meet the definition of a refugee.

7. On December 14, 2015, Plaintiff received an automated notification email from the DOS FOIA submission mailbox confirming receipt of Plaintiff's FOIA requests.

8. On February 3, 2016, Plaintiff received an acknowledgment letter from USCIS dated January 27, 2016, assigning the USCIS FOIA request the control number COW2016000071.

9. On January 7, Plaintiff received an acknowledgement letter from DOS dated December 31, 2015, assigning the DOS FOIA request case control number F-2015-17111.

10. Plaintiff's investigator Ian Smith contacted USCIS on January 19, 2016 by telephone, and USCIS was not able to inform him when it would provide documents responsive to the USCIS FOIA request.

11.     Plaintiff's investigator Ian Smith contacted DOS on December 21, 2015, by telephone, and DOS was not able to inform him when it would provide documents responsive to the DOS FOIA request.

12.     Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), USCIS was required to determine whether to comply with Plaintiff's USCIS FOIA request within twenty (20) working days after receipt of each request and to notify Plaintiff immediately of its determination, the reasons therefor, and the right to appeal any adverse determination.  Accordingly, USCIS's determination of the USCIS FOIA request was due by February 25, 2016 at the latest.

13.     Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), DOS was required to determine whether to comply with Plaintiff's DOS FOIA request within twenty (20) working days after receipt of each request and to notify Plaintiff immediately of its determination, the reasons therefor, and the right to appeal any adverse determination.  Accordingly, DOS's determination of the DOS FOIA request was due by February 1, 2016 at the latest.

14.     As of the date of this Complaint, USCIS and DOS have failed to: (i) determine whether to comply with Plaintiff's USCIS FOIA request and Plaintiff's DOS FOIA request; (ii) notify Plaintiff of any such determination or the reasons for such determination; (iii) advise Plaintiff of the right to appeal any adverse determination; or (iv) produce the requested records or otherwise demonstrate that the requested records are exempt from production.

15.     Because USCIS and DOS have failed to comply with the time limit set forth in 5 U.S.C. § 552(a)(6)(A) with respect to the December 14 requests, Plaintiff is deemed to have exhausted any and all administrative remedies with respect to that request, pursuant to 5 U.S.C. § 552(a)(6)(C).

**COUNT 1**
(Violation of FOIA, 5 U.S.C. § 552)

16. Plaintiff realleges paragraphs 1 through 15 as if fully stated herein.

17. Defendants are unlawfully withholding public records requested by Plaintiff pursuant to 5 U.S.C. § 552.

18. Plaintiff is being irreparably harmed by reason of Defendants' unlawful withholding of the requested public records, and Plaintiff will continue to be irreparably harmed unless Defendants are compelled to conform their conduct to the requirements of the law.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) order Defendants to conduct a search for any and all records responsive to Plaintiff's FOIA requests and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiff's FOIA requests; (2) order Defendants to produce, by a date certain, any and all non-exempt records responsive to Plaintiff's FOIA requests and a Vaughn index of any responsive records withheld under claim of exemption; (3) enjoin Defendants from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA requests; (4) grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and (5) grant Plaintiff such other relief as the Court deems just and proper.

Dated:  March, 4, 2016                                    Respectfully submitted,

/s/ Julie B. Axelrod
D.C. Bar No. 1001557
Immigration Reform Law Institute
25 Massachusetts Ave. NW, Suite 335
Washington DC, 20001
Telephone: 202-232-5590
FAX (202) 464-3590
Email: jaxelrod@irli.org